# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| In Re: ) | |
| ) | |
| Danny Hurtado, Shannon Hurtado, *Debtor* ) | |
| ) | Case No. 09-41655-abf |
| U.S. Bank, N.A., by US Bank Home Mortgage (KY), loan ) | |
| servicing agent for *Moving Creditor* ) | Chapter: 7 |
| ) | |
| vs. ) | |
| ) | |
| Danny Hurtado, Shannon Hurtado, *Debtor* ) | |
| ) | |
| and ) | |
| ) | |
| Janice E. Stanton, *Trustee* ) | |
| ) | |

### AGREED ORDER GRANTING RELIEF FROM STAY
### BUT STAYING EXECUTION UNTIL NOVEMBER 15, 2009

**THIS MATTER** comes on for consideration upon the Motion of U.S. Bank, N.A., its subsidiaries, affiliates, predecessors in interest, successors or assigns ("Creditor"), for its Motion for Relief from Stay, and based upon the pleadings filed and the evidence produced, this Court granted the Motion for Relief from Stay but stayed execution of the Order until November 15 2009 for the Trustee to sell the Property. After November 15, 2009 the stay shall be dissolved, but the parties will be bound by the terms of the Promissory Note and Deed of Trust governing this loan,

**IT IS THEREFORE BY THE COURT ORDERED** that U.S. Bank, N.A., its subsidiaries, affiliates, predecessors in interest, successors or assigns, is granted relief from the automatic stay imposed under 11 U.S.C. §362 to foreclose the lien of its Deed of Trust but the execution is stayed until November 15, 2009 as to the real property legally described as

> **Lot 10, Block 8, CLAYTON (2ND PLAT), a subdivision in Kansas City, Clay County, Missouri,** commonly known as 1616 NW 67th Terrace, Kansas City, MO 64118,

United States Bankruptcy Court
Western District of Missouri
In re: U.S. Bank, N.A. v. Danny Hurtado, Shannon Hurtado
Case No. 09-41655-abf
Chapter 7
Agreed Order Granting Relief From Staying Execution Until November 15, 2009
Page 2

by any lawful means including by exercise of the power of sale by the Trustee named in the Deed of Trust or by the duly appointed Successor Trustee, if one be appointed by Movant; and after the sale, to pursue any other remedies the purchaser may have pursuant to the terms of the promissory note and mortgage, including enforcing rights to possession of the premises under the terms of the promissory note and Deed of Trust and in accordance with applicable non-bankruptcy state law, and

**IT IS FINALLY ORDERED** that the execution of this Order for Relief from the Automatic Stay shall be stayed until November 15, 2009 for the trustee to sell the Property, and

**IT IS FURTHER ORDERED** that relief from the automatic stay is applicable even if the case is converted, unless otherwise specifically ordered.

**IT IS SO ORDERED.**

Dated: 9/15/2009

/s/Arthur B. Federman
Judge, U.S. Bankruptcy Court

SOUTH & ASSOCIATES, P.C.
/s/Steven L. Crouch
Steven L. Crouch (MBE #37783; EDMO #2903; KSFd #70244)
Wendee Elliott-Clement (MBE #50311; KS #20523)
Courtney K. Blasi, (MBE #60506; KS #78129)
6363 College Blvd., Suite 100
Overland Park, KS 66211
(913) 663-7600 (West 314-655-7001 ext. 301)
(913) 663-7899 Fax
KS: ksbkecf@southlaw.com
WDMO: mobknotices@southlaw.com
EDMO: moedbknotices@southlaw.com
**ATTORNEYS FOR CREDITOR**

File No. 99942
Case No: 09-41655-abf

United States Bankruptcy Court
Western District of Missouri
In re: U.S. Bank, N.A. v. Danny Hurtado, Shannon Hurtado
Case No. 09-41655-abf
Chapter 7
Agreed Order Granting Relief From Staying Execution Until November 15, 2009
Page 3


  /s/Janice E. Stanton
Janice E. Stanton
104 W. 9th St., Suite 303
Kansas City, MO  64105
**TRUSTEE**


**ATTORNEY FOR MOVANT TO SERVE PARTIES NOT RECEIVING ELECTRONIC NOTICE**